UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

EDWARD McCRAY
155 LT. VANWINKLE DR.
BING. NY 13902

Plaintiff(s),

v. BROOME COUNTY D.A.
BROOME COUNTY PUBLIC DEFENDER OFF.
45 HAWLEY ST. BING NY 13901

Defendant(s).

PLEASE SEE, EXHIBIT # 1 AND 2

COMPLAINT
(Pro Se Prisoner)

Case No. 3:26-CV-1192 (GTS/DJS)
(Assigned by Clerk's Office upon filing)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 08 2026
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Syracuse

Jury Demand
☑ Yes
☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

## I. LEGAL BASIS FOR COMPLAINT

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

- ☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
- ☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
- ☐ Other (please specify) ____________________

## II. PLAINTIFF(S) INFORMATION

Name: EDWARD McCRAY
Prisoner ID #: 4170590 A
Place of detention: BROOME COUNTY CORR. FAC.
Address: 155 LT. VANWINKLE DR.
BING. NY. 13902

Indicate your confinement status when the alleged wrongdoing occurred:

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

N/A

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III. DEFENDANT(S) INFORMATION

PERSONAL & OFFICIAL CAPACITY

Defendant No. 1: BROOME COUNTY D.A. OFF. PAUL BATISTA
Name (Last, First)

BROOME COUNTY HEAD D.A.
Job Title

45 HAWLEY ST.
Work Address

BING. NY. 13901
City State Zip Code

Defendant No. 2: BROOME COUNTY CORR. FAC.
Name (Last, First)

JAIL ADMIN.
Job Title

155 LT. VANWINKLE DR.
Work Address

BING. NY 13902
City State Zip Code

Defendant No. 3: BROOME COUNTY PUBLIC DEFENDER DAVID BUTLER
Name (Last, First)

DAVID BUTLER ATT. AT LAW.
Job Title

185 COURT ST PO BOX 1766
Work Address

BING. NY. 13902
City State Zip Code

Defendant No. 4: ____________________
Name (Last, First)

____________________
Job Title

____________________
Work Address

____________________
City State Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

- **How each defendant was involved in the conduct you are complaining about**

**If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.**

ON 8-15-25 I WAS CHARGED WITH A ROBBERY THAT I DIDN'T COMMIT, I WAS IN FACT THE VICTIM OF SAID ROBBERY, I ACTED IN SELF DEFENSE. THESE CHARGES WERE DROPPED AT MY PRELIMINARY HEARING, WHICH THEY DID NOT TRANSPORT ME TO, I WAS NOT OFFERED THE OPPORTUNITY TO A PRELIMINARY HEARING THAT I ASKED TO BE AT. THIS VIOLATES MY DUE PROCESS RIGHTS. I WAS NOT ALLOWED TO ATTEND MY GRAND JURY HEARING AS WELL. THE ROBBERY CHARGES WERE DROPPED. I WAS NOT OFFERED THE RIGHT TO A SPEEDY TRIAL AND I AM BEING DETAINED ILLEAGALLY. THIS IS UNLAWFUL EMPRISONMENT. ALL MY CHARGES WERE DROPPED AT MY PAROLE HEARING. SINCE, I, MR MCLRAY HAVE BEEN LODGED AT THE B.C.C.F SINCE 8-15-25 IT'S CLEAR THAT I'VE SERVED THE MAXIMUM SENTENCE ALLOWED. WHY AM I STILL BEING DETAINED.

## V. STATEMENT OF CLAIM(S)

CONT. ON. SEP. SHEET.

**State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is**

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

**FIRST CLAIM**

5TH AMENDMENT
VIOLATION, OF DUE PROCESS RIGHTS IN A
CRIMINA CASE HAVE BEEN VIOLATED.

**SECOND CLAIM**

6TH AMENDMENT RIGHTS TO A FAIR TRIAL.
I WAS NOT OFFERED THE RIGHT TO A
SPEEDY AND FAIR PUBLIC TRIAL.

**THIRD CLAIM**

8TH AMENDMENT BAILS FINES PUNISHMENT,
CRUEL AND UNUSUAL PUNISHMENT.
PAIN & SUFFERING.

## VI. RELIEF REQUESTED

**State briefly what relief you are seeking in this case.**

EVERYONE TO BE TERMINATED OR RETRAINED AT STATES EXPENSE. $8,000,000.00 PAIN & SUFFERING.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/18/26

[signature]
Plaintiff's signature
(All plaintiffs must sign the complaint)